**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Keith Herrera
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00450
                                                         Honorable Wayne R. Andersen

Credit Control, LLC
                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: April 15, 2008

                                                                                     /s/ Wayne R. Andersen

                                                                                   United States District Judge