# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Keith Herrera | CASE NO.: 1:08-cv-00450 |
| Plaintiff, | |
| | JUDGE: Anderson |
| v. | |
| | MAGISTRATE JUDGE: Mason |
| Credit Control, LLC | |
| Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone:  312-753-7576
    Fax: 312-822-1064
    Email:  tjs@legalhelpers.com
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2008, I served Defendant with a copy of the foregoing Notice of Dismissal by depositing a copy of the same in the United States Mail, addressed as follows:

Credit Control, LLC
16141 Swingley Ridge Road, Suite 205
Chesterfield, MO 63017

                                      s/Timothy J. Sostrin